FILED
CLERK, U.S. DISTRICT COURT
Sept. 28, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: JR DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL, <br><br>        Petitioner, <br><br>v. <br><br>DANIEL PARAMO, Warden, <br><br>        Respondent. | Case No. CV 17-09313 TJH (MAA) <br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. Petitioner's objections are overruled.

IT IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Respondent's Motion to Dismiss the Petition is granted in part on the ground of abstention pursuant to the *Younger* doctrine; and (3) Judgment shall be entered denying the Petition and dismissing this action without prejudice.

DATED: September 26, 2018

*Terry J. Hatter, Jr.*

_____
TERRY J. HATTER, JR.
UNITED STATES SENIOR DISTRICT JUDGE