JS-6

FILED
CLERK, U.S. DISTRICT COURT
Sept. 28, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: JR DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | Case No. CV 17-09313 TJH (MAA)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: September 26, 2018

_____
TERRY J. HATTER, JR.
UNITED STATES SENIOR DISTRICT JUDGE